| | | |
|---|---|---|
| People v Cruz | 1st Dept: 150 AD3d 429 (NY) | denied 7/7/17 (Rivera, J.) |
| People v David | 2d Dept: 149 AD3d 776 (Kings) | denied 7/25/17 (Rivera, J.) |
| People v Davidson | 2d Dept: 144 AD3d 938 (Queens) | denied 7/10/17 (DiFiore, Ch. J.) |
| People v Deas | 2d Dept: 150 AD3d 876 (Kings) | denied 7/19/17 (DiFiore, Ch. J.) |
| People v DeJesus-Plaza | 1st Dept: 150 AD3d 479 (Bronx) | denied 7/26/17 (Fahey, J.) |
| People v Delius | App Div, 2d Dept: 2017 NY Slip Op 71347(U) (Nassau) | dismissed 7/25/17 (Rivera, J.) |
| People v Dorcinvil | 2d Dept: 149 AD3d 867 (Kings) | denied 7/20/17 (DiFiore, Ch. J.) |
| People v Drennan | App Div, 4th Dept, 5/21/17 (Wayne) | dismissed 7/31/17 (DiFiore, Ch. J.) |
| People v Dumbleton | 4th Dept: 150 AD3d 1688 (Genesee) | denied 7/28/17 (Wilson, J.) |
| People v Durham | 3d Dept: 148 AD3d 1293 (Washington) | denied 7/25/17 (Rivera, J.) |
| People v Fields | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Flow | 1st Dept: 149 AD3d 647 (Bronx) | denied 7/7/17 (Rivera, J.) |
| People v Forest | 4th Dept: 148 AD3d 1585 (Onondaga) | denied 7/7/17 (Rivera, J.) |
| People v Foster | 1st Dept: 150 AD3d 547 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Francis | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 137(A) (Kings) | denied 7/26/17 (Fahey, J.) |
| People v Garcia (Germaine) | App Div, 2d Dept: 2017 NY Slip Op 70886(U) (Kings) | dismissed 7/26/17 (Fahey, J.) |
| People v Garcia (Hugo) | 1st Dept: 149 AD3d 508 (Bronx) | denied 7/26/17 (Fahey, J.) |
| People v Garcia (Jason) | 1st Dept: 150 AD3d 607 (Bronx) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Girard | App Div, 3d Dept: 2016 NY Slip Op 87082(U) (Ulster) | dismissed 7/24/17 (DiFiore, Ch. J.) |
| People v Godfrey | 3d Dept: 148 AD3d 1364 (Broome) | denied 7/19/17 (DiFiore, Ch. J.) |
| People v Gonzalez | 2d Dept: 150 AD3d 1024 (Kings) | denied 7/28/17 (Wilson, J.) |
| People v Gousse | 2d Dept: 147 AD3d 974 (Nassau) | denied reconsideration 7/10/17 (DiFiore, Ch. J.) |
| People v Greene | 1st Dept: 149 AD3d 543 (Bronx) | denied 7/7/17 (Rivera, J.) |
| People v Grefer (Charles) | 4th Dept: 149 AD3d 1542 (Onondaga) | denied 7/25/17 (Rivera, J.) (Appeal No. 1) |